JD-CV-40A1, Rev 3/2006

# State of Connecticut - Superior Court
## Centralized Small Claims
### 80 Washington Street
### Hartford, CT  06106-

Toll Free in Connecticut  (866) 383-5927     Local Hartford Area  (860) 756-7800
Fax:  (860) 756-7805     www.jud.ct.gov

287565
**TRANS-UNION 92383**
**1501 EASTORANGE**
**NORTH AVE**
**FALLENTON, CA  -**

Docket No. : SCC-287565     PERRELLI VS. KOGAN TRICHON ET AL

Venue:  SCANH

**Answer**

| YOU MUST ANSWER THIS CLAIM BY: | READ THE INSTRUCTIONS ON |
|---|---|
| **October 01, 2010** | THE BACK OF THE WRIT AND NOTICE OF SUIT. |
| YOUR ANSWER MAY BE MAILED, FAXED OR HAND DELIVERED AND MUST BE RECEIVED ON OR BEFORE THE ANSWER DATE. | IF YOU HAVE QUESTIONS, CALL THE TELEPHONE NUMBER LISTED ABOVE. |

IN RESPONSE TO THE ENCLOSED CLAIM FOR THIS AMOUNT     plus court costs, if any
THIS IS MY ANSWER:  (Check one box)

**$5,000.00**

☐ **I disagree with the claim because:**
(State below why you disagree.  Be brief but specific.  At trial you will be able to explain your defense and submit documentation.

☐ **I admit I owe the claim but desire more time to pay for the following reasons:**
(You may suggest a method of payment or a timetable for and amount of deferred payments.)
DO NOT SEND PAYMENT(S) TO THE COURT.  ALL PAYMENTS ARE TO BE MADE DIRECTLY TO THE FOLLOWING:

FRANK A PERRELLI,  PO BOX 354 254 WASHINGTON AVENUE  NORTH HAVEN             , CT 06473-, ()-

☐ My counterclaim is:  (Check box and see instructions if you claim the plaintiff owes you money.

| Signed | Print Name and Title of Person Signing | Date Signed |
|---|---|---|
| Address (No.,Street,Town,Zip Code) | Telephone No. ( ) | Juris No. |

1. YOU DO NOT HAVE TO COME TO COURT ON THE ABOVE DATE EXCEPT TO SUBMIT A WRITTEN ANSWER IF YOU HAVE NOT DONE SO BY THAT DATE.  It is not the date of trial. If you have filed an answer contesting the claim the clerk will schedule a date for the trial and will send you a written notice of the date and time to come to court.

2.. Failure to file an answer by the answer date may result in a default judgment against you.  If the plaintiff(s) win the case and you fail to pay the judgment, the plaintiff(s) may try to collect the money owed by getting permission from the court to have money taken out of your wages, financial accounts or other property.

SCC  SCCSC090287565S    NNH SCANH   N-SCANH SC09 0181743S   VOID

(1.) INFORMATION THAT WILL DETERMINE HEARING LOCATION: OCT 403   ANSWER DATE: 43 8

(2.) NAME ADDRESS AND ZIP CODE OF PLAINTIFF #1
Frank A Penrelli
520 Pool Rd
Apt 415 North Haven CT
230(889
[X] INDIVIDUAL

NAME ADDRESS AND ZIP CODE OF PLAINTIFF #2
c/o Maureen E. Williams

(3.) NAME, ADDRESS AND ZIP CODE OF ATTORNEY FOR PLAINTIFF(S)

(4.) NAME ADDRESS AND ZIP CODE OF DEFENDANT #1
Kogan Trichon
Zwerthmen PC
1818 Market St 30fl
Unknown
[X] CORPORATION

NAME ADDRESS AND ZIP CODE OF DEFENDANT #2
Trans-Union
1561 E Chance
North Ave Fullerton
Crash Lau ev PA 19
Unknown
[X] LLC

(5.) NAME OF TOWN WHERE TRANSACTION/INJURY OCCURRED OR, IN HOUSING MATTERS, WHERE THE PREMISES ARE LOCATED: New Haven

(6.) IS THIS CLAIM BETWEEN A LANDLORD AND A TENANT? "X" box if yes: [ ]

YOU ARE BEING SUED. THE PLAINTIFF(S) CLAIMS YOU OWE →  (7.) AMOUNT CLAIMED $5000 PLUS COURT COSTS

(8.) FOR THE FOLLOWING REASONS: Illegal
You are being sued for suppression of my credit file. This is against the Fair Credit Reporting

(9.) SIGNED X ___    TYPE IN NAME AND TITLE OF PERSON SIGNING AT LEFT: Frank A Penrelli

(10.) SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 10/26/09   SIGNED (Clerk, Notary, Comm. of Sup. Ct.) X ___

(11.) The undersigned deposes and says:  MILITARY SERVICE AFFIDAVIT
[ ] that the defendant is in the military or naval service of the United States.
[X] that the undersigned is unable to determine whether or not the defendant(s) in this action are in the military or naval service of the United States.
[ ] that no defendant in this action is in the military or naval service of the United States, and that, to the personal knowledge of the undersigned (state facts showing defendant is not in such service)

SIGNATURE AND TITLE X ___
SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 10/26/09   SIGNED (Clerk, Notary, Comm. of Sup. Ct.) X ___

FOR COURT USE ONLY
Judicial District of New Haven
SUPERIOR COURT
FILED
OCT 26 2009
CHIEF CLERK'S OFFICE

DISTRIBUTION:   ORIGINAL – Court   COPY 1 – Defendant   COPY 2 – Defendant   COPY 3 – Plaintiff   www.jud.ct.gov